IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : BANKRUPTCY NO. 25-10719 JCM |
| | : |
| BRIAN KETIH HALPAINY AND | : HONORABLE JOHN C. MELARAGNO |
| STEPHANIE DIANE HALPAINY, | : |
| Debtors. | : CHAPTER 13 |
| | : |
| BRIAN KETIH HALPAINY AND | : RELATED TO DOC. NO. 9 |
| STEPHANIE DIANE HALPAINY, | : |
| Movants | : |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |

## ORDER

AND NOW, to-wit, this  6th  day of  January , 2026, upon consideration of the Motion for Extension of Time for Filing of Schedules, Statements and Lists Under Chapter 13 of the Bankruptcy Code and Chapter 13 plan filed by the Debtors, Brian Keith Halpainy and Stephanie Diane Halpainy, it is hereby ORDERED, ADJUDGED and DECREED that the Debtor is granted an extension of time of fifteen (15) days until January 28, 2026, to file their completed lists, schedules and statement of financial affairs and Chapter 13 plan. No further extensions will be granted.

_____jlm_____
Honorable John C. Melaragno
United States Bankruptcy Judge


SIGNED
1/6/26 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1732659

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10719-JCM |
| Brian Keith Halpainy | Chapter 13 |
| Stephanie Diane Halpainy | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brian Keith Halpainy, Stephanie Diane Halpainy, 14344 Ridge Road, West Springfield, PA 16443-1624 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael S. Jan Janin | on behalf of Debtor Brian Keith Halpainy mjanjanin@quinnfirm.com<br>mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Stephanie Diane Halpainy mjanjanin@quinnfirm.com<br>mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4