# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Brian Keith Halpainy                          CHAPTER 13
       Stephanie Diane Halpainy
                 Debtor(s)                              BKY. NO. 25-10719-JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ *Matthew Fissel*
                                      Matthew Fissel
                                      09 Jan 2026, 10:21:55, EST

Denise Carlon, Esq. (317226)    ☐
Matthew Fissel, Esq. (314567)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com