IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 25-10719 JCM |
| | : | |
| BRIAN KEITH HALPAINY AND | : | |
| STEPANIE DIANE HALPAINY | : | |
|     Debtors | : | THE HONORABLE JOHN C. MELARAGNO |
| | : | |
| | : | CHAPTER 13 |
| BRIAN KEITH HALPAINY AND | : | |
| STEPANIE DIANE HALPAINY | : | |
|     Movants | : | |
| | : | |
|     v. | : | |
| | : | |
| NO RESPONDENT | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Michael S. Jan Janin, counsel for the debtor in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

                                          BY:/s/ Michael S. Jan Janin
                                                Michael S. Jan Janin, Esquire
                                                PA Id. No. 38880
                                                456 Wet 6th Street
                                                Erie. PA 16507
                                                Telephone: 814-833-2222, Ext. 1045
                                                Facsimile: 814-833-6753
                                                mjanjanin@quinnfirm.com
                                                Counsel for Debtors

```
Captial One Auto Finance
PO Box 60511
City of Industry, CA 91760

Commonwealth of PA
ATTN:  Bankruptcy
625 Forster Street, Floor #2
Harrisburg, PA 17120

Commonwealth of PA
Bureau of Compliance
ATTN:  Bankruptcy
625 Forster Street, Floor #2
Harrisburg, PA 17120

Commonwealth of PA
Dept of Revenue /Compliance
Clearance Support Section
Dept 280948
Harrisburg, PA 17128

Erie County Tax Claim Bureau
Erie County Courthouse
140 West Sixth Street
Room 110
Erie, PA 16501

First Energy
ATTN: Bankruptcy Department
6896 Miller Road
Brecksville, OH 44141

Geraldine Linn, Esq.
KML Law Group
701 Market Street
Suite #5000
Philadelphia, PA 19106

Home Depot
P.O. Box 9001010
Louisville, KY 40290

Inner Lakes Federal Credit Union
19-21 East Main Street
Westfield, NY 14787

Lakeview Loan Servicing, LLC
4425 Ponce De Leon Blvd.
Miami, FL 33146

M&T Bank
ATTN: Bankruptcy Dept.
PO Box 1508
Buffalo, NY 14240
```

```
M&T Bank
ATTN: Bankruptcy
1 Fountain Plaza
Buffalo, NY 14203

M&T Bank
ATTN: Bankruptcy
475 Crosspoint Parkway
Getzville, NY 14068

MERS
ATTN: Bankruptcy Dept.
1901 Vorhees Street, Suite C
Danville, IL 61834

MERS
ATTN: Bankruptcy
11819 Miami Street, Suite #100
Omaha, NE 68164

MOHELA/Dept of Education
ATTN: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005

Mortgage Electronic Registration
Systems, Inc.
ATTN: Bankruptcy Dept.
P.O. Box 2026
Flint, MI 48501-2026

Penelec
ATTN: Bankruptcy
P.O. Box 16001
Akron, OH 44309

Penelec
ATTENTION: Bankruptcy  Dept.
5404 Evans Road
Erie, PA 16509

Penelec
ATTENTION: Bankruptcy Dept
101 Crawford's Corner Road
Building #1, Suite #1-511
Holmdel, NJ 07733

Penelec
P.O. Box 371422
Pittsburgh, PA 15250-7422

Penelec
PO Box 16001
Reading, PA 19612
```

```
Sallie Mae
P.O. Box 3319
Wilmington, DE 19804-4319

Sallie Mae
ATTN: Bankruptcy
PO Box 3229
Wilmington, DE 19804-4319

Secretary of Housing & Urban Development
451 7th Street
Washington, DC 27410-8000

ServiceLink
Attn: Loan Modification Solutions
320 Commerce, Suite 100
Irvine, CA 92602

Springfield Township Tax Collector
13903 Ridge Road
West Springfield, PA 16443

SYNCB/Lowes
P.O. Box 956005
Orlando, FL 32896

SYNCB/Lowes
ATTN: Bankruptcy
4125 Windard Plaza
Alpharetta, GA 30005

SYNCB/Lowes
ATTN: Bankruptcy
4125 Winwrd Plaza
Alpharetta, GA 30005

THD/CBNA
PO Box 6497
Sioux Falls, SD 57117

United Wholesale Mortgage, LLC
585 South Blvd. East
Pontiac, MI 48341
```