IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 25-10719 JCM |
| | : | |
| BRAN KEITH HALPAINY AND | : | HONORABLE JOHN C. MELARAGNO |
| STEPHANIE DIANE HALPAINY, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| LAKEVIEW LOAN SERVICING, LLC, | : | RELATED TO CLAIM NO. 4 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| BRAN KEITH HALPAINY AND | : | |
| STEPHANIE DIANE HALPAINY; AND | : | |
| RONDA J. WINNECOUR, CHAPTER 13 | | |
| TRUSTEE, | | |
| Respondents. | | |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE
### FILED IN COMPLIANCE WITH THE LOCAL RULES

I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded

and that there is no need to file an amended Chapter 13 Plan.

Respectfully submitted,

QUINN ELDERKIN LAW FIRM

BY:   /s/ Michael S. Jan Janin
Michael S. Jan Janin, Esquire
PA Id. No. 38880
456 West 6th Street
Erie, Pennsylvania  16507
Telephone: 814-833-2222
Facsimile: 814-454-7411
mjanjanin@quinnfirm.com
Counsel for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 25-10719 JCM |
| | : | |
| BRAN KEITH HALPAINY AND | : | HONORABLE JOHN C. MELARAGNO |
| STEPHANIE DIANE HALPAINY, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| LAKEVIEW LOAN SERVICING, LLC, | : | RELATED TO CLAIM NO. 4 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| BRAN KEITH HALPAINY AND | : | |
| STEPHANIE DIANE HALPAINY; and | : | |
| RONDA J. WINNECOUR, CHAPTER 13 | | |
| TRUSTEE, | | |
| Respondents. | | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 30, 2026.

The types of service made on the parties was sent via CM/ECF Notification System (NO PAPER COPY) to:

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

- Matthew Fissel, Esquire, Counsel for Mortgage Company at bkgroup@kmllawgroup.com

EXECUTED ON: July 30, 2026

Respectfully submitted,

QUINN ELDERKIN LAW FIRM

BY:  /s/ Michael S. Jan Janin
Michael S. Jan Janin, Esquire
PA Id. No. 38880
456 West 6th Street
Erie, Pennsylvania  16507
Telephone: 814-833-2222
Facsimile: 814-454-7411
mjanjanin@quinnfirm.com
Counsel for Debtors